# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Eye Med Vision Care - Fidelity | 12/12/2022 | 266396 | Check | $ 6,955.59 |
| Akorn Operating Company, LLC | Eye Med Vision Care - Fidelity | 1/12/2023 | 266991 | Check | $ 7,877.54 |
| Akorn Operating Company, LLC | Eye Med Vision Care - Fidelity | 1/27/2023 | 267060 | Check | $ 6,934.83 |
| | | | | | $ 21,767.96 |